UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3269 |
| | § | |
| CITY OF WALLER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 30. The M&R considered: (1) defendant City of Waller's ("City") motion for summary judgment (Dkt. 19); (2) plaintiff Robert Hall's response (Dkt. 21); and (3) the City's reply (Dkt. 24). Id. The M&R recommended granting the City's motion and advised Hall to file objections by December 20, 2017. Id. at 17. Hall did not object. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." See Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, the motion, the response, the reply, and the applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 30). For the reasons stated in the M&R, the City's motion for summary judgment (Dkt. 19) is GRANTED. Hall's lawsuit against the City is DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on December 22, 2017.

_____
Gray H. Miller
United States District Judge