# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT HALL, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CIVIL ACTION H-16-3269 |
| CITY OF WALLER, *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 42. The M&R considered: (1) plaintiff Robert's Hall motion for default judgment against defendant Adolphus Cannon (Dkt. 41); and (2) the court's order dated April 17, 2018 (Dkt. 40). The M&R recommended granting Hall's motion and advised Cannon to file objections by November 19, 2018. *Id.* at 17. Cannon did not object. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, the motion, the order, and the applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 42). For the reasons stated in the M&R, Hall's motion for default against Cannon (Dkt. 41) is GRANTED. It is ORDERED that Cannon is liable to Hall for the claim asserted by Hall against Cannon. Judge Johnson will schedule a hearing to determine damages at a later date.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on December 11, 2018.

_____
Gray H. Miller
United States District Judge