**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT HALL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-3269 |
| | § | |
| CITY OF WALLER, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 46. The court had previously granted plaintiff Robert Hall's motion for default against defendant Adolphus Cannon. Dkt. 43. Judge Johnson conducted a hearing to determine damages. *See* Dkt. 45. After hearing testimony, the M&R recommended that judgment be entered against Cannon in the amount of $7,500. Dkt. 46 at 3.

Objections to the M&R were due on May 9, 2019. *Id.* Cannon did not object. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the M&R, the motion, and the applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 46). For the reasons stated in the M&R, it is ORDERED that Cannon shall pay to Hall the sum of $7,500 in damages.

Signed at Houston, Texas on May 23, 2019.

_____
Gray H. Miller
Senior United States District Judge